# JACKSONWHITE
## ATTORNEYS AT LAW
### A Professional Corporation

40 North Center Street, Suite 200
Mesa, Arizona 85201
T: (480) 464-1111 F: (480) 464-5692
Email: centraldocket@jacksonwhitelaw.com
Attorneys for Debtor Marsh Aviation Company
By: Kelly G. Black, No. 016376

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>Marsh Aviation Company,<br><br>   Debtor. | **No. 2:09-bk-23468-CGC**<br><br>**Supplemental Ballot Report with Certificate of Service**<br><br>Assigned to: Honorable Charles G. Case, II |

Marsh Aviation Company, Debtor and Debtor-in-Possession ("Debtor") previously filed its Ballot Report (Doc 88) pursuant to Local Rule 3018-1(c). On May 5, 2011, the Court entered an order (Doc 109) authorizing Debtor to send creditors and other interested parties a notice of the deadline in which to change ballots. Debtor accordingly provides its supplemental ballot report, showing class and individual votes to accept or reject the Plan of Reorganization Dated June 15, 2010 (Doc 71) and written ballot changes in connection with the First Amended Plan of Reorganization (Doc 91).

## I.      Tally of Ballots Received

Attached hereto at Exhibit A is a tally of the ballots received, by class. As there shown, each class voted to accept the plan proposed by debtor Marsh Aviation Company.

## II.      List of Creditors and Equity Security Holders Filing Acceptances or Rejections

Attached hereto at Exhibit B is a list of all creditors and equity security holders who have filed acceptances and rejections of the plan proposed by debtor Marsh Aviation Company. No creditor or equity security holder provided written notice of a change in the previously filed ballots.

Comments on particular ballots may be found in the original Ballot Report (Doc 88).

**III.    Ballots Received After the Due Date**

As reported in the original Ballot Report (Doc 88), Debtor included all ballots and objections received by November 16, 2010.  No ballots have been received since that date.

**IV.    Report of Objections**

A Limited Objection to Confirmation was filed November 11, 2010 by proposed attorneys for the Official Committee of Unsecured Creditors ("Committee").  A Supplemental Objection to Confirmation of Marsh Aviation Company's Plan of Reorganization was filed by the Committee on May 26, 2011 (Doc 110).  No other objections have been filed or received.

Debtor intends to proceed with confirmation under 11 U.S.C. § 1129(a).

**V.    Certificate of Service of Disclosure Statement, Ballots, and Confirmation Hearing**

Debtor solicited votes for its plan by circulating the Disclosure Statement (Doc 70), approved by the Court by prior order (Doc 79), to all creditors and interest holders, together with ballots for each class.  (*See* Exhibit C  hereto, showing page 3 of the Disclosure Statement as served, with objection and balloting deadlines; Exhibit D hereto, showing the form of ballots served; Exhibit E hereto, showing service of the Disclosure Statement and ballots).  The only objections received are those described in part IV.

Debtor and the Committee subsequently worked to resolve the Committee's objection.  On May 5, 2011, the Court granted Debtor's motion to set a continued confirmation hearing and approved Debtor's service of Debtor's proposed Notice.  (Doc 109.)  The Notice was fully entitled:

NOTICE OF CONTINUED HEARING ON PLAN CONFIRMATION and

NOTICE OF DEADLINE TO CHANGE BALLOTS and

NOTICE OF LIKELY STIPULATION and

NOTICE OF AMENDMENTS TO PLAN OF REORGANIZATION and

SUPPLEMENT TO DISCLOSURE STATEMENT.

(Exhibit A to Doc 107; separately filed as Doc 112.)  Debtor served the Notice on May 5, 2011 to the Committee, to the Trustee, and to all persons who have requested notice in this matter.

(*See* Exhibit F hereto.). Debtor also served the Notice on May 5, 2011 to all creditors, equity interest holders, and other interested parties appearing on the master mailing certificate. (Doc 111.)

DATED this 1st day of June, 2011.

JACKSON WHITE

/s/ Kelly G. Black
Attorneys for Debtor Marsh Aviation Company
By: Kelly G. Black, No. 016376

Copies served this same date by email to:

BRYAN A. ALBUE on behalf of Creditor Committee THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
balbue@shermanhoward.com, balbue@shermanhoward.com;efiling@shermanhoward.com

RICHARD J. CUELLAR on behalf of U.S. Trustee U.S. TRUSTEE
ric.j.cuellar@usdoj.gov, coleen.craig@usdoj.gov;connie.s.hoover@usdoj.gov

MARK A. TUCKER on behalf of Creditor Leland Dean
mark.tucker@azbar.org

/s/ Kelly G. Black
13248-021\383793.docx

# Exhibit A

IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF ARIZONA

| CASE NAME | Marsh Aviation Company | | | CASE NUMBER | 2:09-bk-23468-CGC |
|---|---|---|---|---|---|
| | | | | BALLOT REPORT | |
| PLAN ACCEPTED? | Yes | | | HEARING DATE | Thursday, November 18, 2010 |
| CONSENTING IMPAIRED CLASS? | Yes | | | | |

| | # Cast | # Accepting | # Rejecting | $ Cast | $ Accepting | $ Rejecting |
|---|---|---|---|---|---|---|
| CLASS 1 Accepts? Yes | 10 | 9 / 90.0% of Number | 1 | 105,662.99 | 90,674.55 / 85.8% of Amount | 14,988.44 |
| Impaired? Yes | | | | | | |
| Non-Insiders Accept? Yes | 9 | 8 / 88.9% of Number | 1 | 94,712.99 | 79,724.55 / 84.2% of Amount | 14,988.44 |
| CLASS 2 Accepts? Yes | 1 | 1 / 100.0% of Number | 0 | 1.00 | 1.00 / 100.0% of Amount | - |
| Impaired? Yes | | | | | | |
| Non-Insiders Accept? None Voting | 0 | 0 / None Voting | 0 | - | - / None Voting | - |
| CLASS 3 Accepts? Yes | 1 | 1 / 100.0% of Number | 0 | 201,272.86 | 201,272.86 / 100.0% of Amount | - |
| Impaired? Yes | | | | | | |
| Non-Insiders Accept? None Voting | 0 | 0 / None Voting | 0 | - | - / None Voting | - |
| CLASS 4 Accepts? Yes | 1 | 1 / 100.0% of Number | 0 | 1.00 | 1.00 / 100.0% of Amount | - |
| Impaired? Yes | | | | | | |
| Non-Insiders Accept? None Voting | 0 | 0 / None Voting | 0 | - | - / None Voting | - |
| CLASS 5 Accepts? Yes | 1 | 1 / 100.0% of Number | 0 | 990,349.18 | 990,349.18 / 100.0% of Amount | - |
| Impaired? Yes | | | | | | |
| Non-Insiders Accept? Yes | 1 | 1 / 100.0% of Number | 0 | 990,349.18 | 990,349.18 / 100.0% of Amount | - |

| | | | | | | |
|---|---|---|---|---|---|---|
| CLASS 6 Accepts? | Yes | 26 | 21 80.8% of Number | 5 | 4,309,840.78 | 4,277,774.78 99.3% of Amount | 32,066.00 |
| Impaired? | Yes | | | | | |
| Non-Insiders Accept? | Yes | 23 | 18 78.3% of Number | 5 | 784,059.45 | 751,993.45 95.9% of Amount | 32,066.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| CLASS 7 Accepts? | Yes | 4 | 4 100.0% of Number | 0 | 100.00 | 100.00 100.0% of Amount | - |
| Impaired? | Yes | | | | | |
| Non-Insiders Accept? | None Voting | 0 | 0 None Voting | 0 | - | - None Voting | - |

# Exhibit B

| Name | Insider | Class | Ballott Amount | Scheduled Amount | POC Amount | Claim for Voting | Vote |
|---|---|---|---|---|---|---|---|
| Darrel L. Noland | No | 6 | 260.00 | | 206.00 | 206.00 | Accepts |
| Don McDowell | No | 6 | 2,888.00 | | 5,884.00 | 2,888.00 | Rejects |
| Larry Adams | No | 6 | 8,352.75 | | 25,058.25 | 8,352.75 | Rejects |
| John McKown | No | 6 | 4,444.65 | | 13,333.95 | 4,444.65 | Rejects |
| Wallace Herbert | No | 6 | 14,695.20 | | 44,625.60 | 14,695.20 | Rejects |
| American Certified Electronics | No | 6 | 2,870.99 | 2,870.99 | | 2,870.99 | Accepts |
| William G. Walker | No | 1 | 10,950.00 | | 10,950.00 | 10,950.00 | Accepts |
| William G. Walker dba Flightcor | No | 6 | 359,741.79 | | 359,741.79 | 359,741.79 | Accepts |
| John Clancy | No | 1 | 10,950.00 | | 10,950.00 | 10,950.00 | Accepts |
| John Clancy | No | 6 | 13,484.45 | | 13,484.45 | 13,484.45 | Accepts |
| Jeffrey F. Jensen | No | 6 | 1,685.40 | | - | 1,685.40 | Rejects |
| Jeffrey F. Jensen | No | 1 | 14,988.44 | | 15,763.80 | 14,988.44 | Rejects |
| Thomas Gigax | No | 1 | 3,037.78 | | 3,074.55 | 3,074.55 | Accepts |
| Thomas Gigax | No | 6 | 3,037.78 | | - | - | Accepts |
| Tram Luu | No | 6 | 31,126.20 | | 20,176.20 | 20,176.20 | Accepts |
| Beverly Roberson | No | 1 | 10,950.00 | | 10,950.00 | 10,950.00 | Accepts |
| Beverly Roberson | No | 6 | 12,612.59 | | 12,612.59 | 12,612.59 | Accepts |
| Amer High Performance | No | 6 | 642.00 | | 645.00 | 642.00 | Accepts |
| B.O. Kuipers | No | 1 | 10,950.00 | | 10,950.00 | 10,950.00 | Accepts |
| B.O. Kuipers | No | 6 | 66,043.04 | | 55,093.04 | 55,093.04 | Accepts |
| Beverly Roberson | No | 1 | 23,562.55 | | - | - | Duplicative |
| Tram Luu | No | 1 | 31,126.20 | | 10,950.00 | 10,950.00 | Accepts |
| Spectrum Associates, Inc. | No | 6 | 1,450.00 | | 1,450.00 | 1,450.00 | Accepts |
| A.L.F. Enterprises, Inc. | No | 6 | 300.00 | | 300.00 | 300.00 | Accepts |
| Industrial Electric Wire & Cable, Inc. | No | 6 | 843.76 | | 843.76 | 843.76 | Accepts |
| Aircraft Wind Company | No | 6 | | 23,326.02 | | 23,326.02 | Accepts |
| Darrell Floate | No | 1 | | | 10,950.00 | 10,950.00 | Accepts |
| Darrell Floate | No | 6 | | 39709.55 | 28,775.55 | 28,775.55 | Accepts |
| Check Six Consultants, LLC | No | 6 | 25,843.75 | | 25,625.06 | 25,625.06 | Accepts |
| Paula K. Liford | No | 6 | 32,346.06 | | 32,346.06 | 32,346.06 | Accepts |
| Paula K. Liford | No | 1 | 10,950.00 | | 10,950.00 | 10,950.00 | Accepts |
| Glen R. Madland | No | 6 | 150,000.00 | | 150,000.00 | 150,000.00 | Accepts |
| Colby & Powell, PLC | No | 6 | 24,500.00 | | 24,500.00 | 24,500.00 | Accepts |
| Atwood Enterprises Inc. Liq. Trust | No | 5 | 990,349.18 | | 990,349.18 | 990,349.18 | Accepts |
| US Technical Consultants | No | 6 | | 3,125.00 | | 3,125.00 | Neither |
| Hartzell Propeller Inc | No | 6 | 136,064.12 | | 136,064.12 | 136,064.12 | Neither |
| Edward H. Allen | Yes | 6 | 74,473.22 | | 74,473.22 | 74,473.22 | Accepts |
| Edward H. Allen | Yes | 3 | 203,272.83 | | 201,272.86 | 201,272.86 | Accepts |
| Edward H. Allen | Yes | 1 | 10,950.00 | | 10,950.00 | 10,950.00 | Accepts |
| Edward H. Allen | Yes | 7 | | | 3.80 | 3.80 | Accepts |
| Thomas Kleefisch | Yes | 7 | | | 22.05 | 22.05 | Accepts |
| TKleefisch | Yes | 7 | | | 22.05 | 22.05 | Accepts |
| Floyd Stilwell | Yes | 4 | | 1.00 | | 1.00 | Accepts |
| Floyd Stilwell | Yes | 7 | | | 52.10 | 52.10 | Accepts |
| Floyd Stilwell | Yes | 6 | | 3,241,215.30 | | 3,241,215.30 | Accepts |
| Craig Ford | Yes | 2 | | | 1.00 | 1.00 | Accepts |
| Craig Ford | Yes | 6 | | | 210,092.81 | 210,092.81 | Accepts |

# Exhibit C

- How the Plan proposes to treat claims or equity interests of the type you hold (i.e., what you will receive on your claim or equity interest if the plan is confirmed),
- Who can vote on or object to the Plan,
- What factors the Bankruptcy Court (the "Court") will consider when deciding whether to confirm the Plan,
- Why the Debtors believe the Plan is feasible, and how the treatment of your claim or equity interest under the Plan compares to what you would receive on your claim or equity interest in liquidation, and
- The effect of confirmation of the Plan.

Be sure to read the Plan as well as the Disclosure Statement. This Disclosure Statement describes the Plan, but it is the Plan itself that will, if confirmed, establish your rights.

## B. Deadlines for Voting and Objecting; Date of Plan Confirmation Hearing

The Court has not yet confirmed the Plan described in this Disclosure Statement. This section describes the procedures pursuant to which the Plan will or will not be confirmed.

### 1. Time and Place of the Hearing to Confirm the Plan

The hearing at which the Court will determine whether to confirm the Plan will take place on November 18, 2010, at 11:00 a.m., in Courtroom 601, at the United States Courthouse, 230 North First Avenue, Phoenix, Arizona 85003.

### 2. Deadline For Voting to Accept or Reject the Plan

If you are entitled to vote to accept or reject the plan, vote on the enclosed ballot and return the ballot in the enclosed envelope to Kelly G. Black, 40 N. Center St., Ste. 200, Mesa, AZ 85203. *See* section IV.A below for a discussion of voting eligibility requirements.

Your ballot must be received by November 11, 2010, or it will not be counted.

### 3. Deadline For Objecting to Confirmation of the Plan

Objections to the confirmation of the Plan must be filed with the Court and served upon Kelly G. Black at 40 N. Center St., Ste. 200, Mesa, AZ 85203 by November 11, 2010.

# Exhibit D

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

In re:

MARSH AVIATION COMPANY,

Debtors.

Chapter 11 Proceedings

Case No.: 2:09-BK-23468-CGC

## CLASS ONE BALLOT FOR ACCEPTING OR REJECTING
## PLAN OF REORGANIZATION

Marsh Aviation Company, Debtors and Plan Proponents, filed a plan of reorganization dated June 15, 2010 (the "Plan") for the Debtor in this case. The Court has approved a disclosure statement with respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from Kelly G. Black, 40 N. Center St., Ste. 200, Mesa, AZ 85201, tel. 480-464-1111, fax 480-464-5692. Court approval of the disclosure statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in class one under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Kelly G. Black, 40 N. Center St., Ste. 200, Mesa, AZ 85201 on or before November 11, 2010, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.**

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, holder of a Class One claim against the Debtor in the unpaid amount of $_____,

(Check one box only)

[ ] ACCEPTS THE PLAN [ ] REJECTS THE PLAN

Dated: _____

Print or type name: _____

Signature: _____

Title (if corporation or partnership) _____

Address: _____

_____

RETURN THIS BALLOT TO:

Kelly G. Black
40 N. Center St., Ste. 200
Mesa, AZ 85201

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

In re:

MARSH AVIATION COMPANY,

                                    Debtors.

Chapter 11 Proceedings

Case No.: 2:09-BK-23468-CGC

## CLASS TWO BALLOT FOR ACCEPTING OR REJECTING
## PLAN OF REORGANIZATION

Marsh Aviation Company, Debtors and Plan Proponents, filed a plan of reorganization dated June 15, 2010 (the "Plan") for the Debtor in this case. The Court has approved a disclosure statement with respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from Kelly G. Black, 40 N. Center St., Ste. 200, Mesa, AZ 85201, tel. 480-464-1111, fax 480-464-5692. Court approval of the disclosure statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in class two under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Kelly G. Black, 40 N. Center St., Ste. 200, Mesa, AZ 85201 on or before November 11, 2010, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.**

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, holder of a Class Two claim against the Debtor in the unpaid amount of $_____,

    (Check one box only)

    [ ] ACCEPTS THE PLAN [ ] REJECTS THE PLAN

Dated: _____

                    Print or type name: _____

                    Signature: _____

                    Title (if corporation or partnership) _____

                    Address:    _____

                                _____

RETURN THIS BALLOT TO:

Kelly G. Black
40 N. Center St., Ste. 200
Mesa, AZ 85201

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

In re:

MARSH AVIATION COMPANY,

Debtors.

Chapter 11 Proceedings

Case No.: 2:09-BK-23468-CGC

## CLASS THREE BALLOT FOR ACCEPTING OR REJECTING
## PLAN OF REORGANIZATION

Marsh Aviation Company, Debtors and Plan Proponents, filed a plan of reorganization dated June 15, 2010 (the "Plan") for the Debtor in this case. The Court has approved a disclosure statement with respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from Kelly G. Black, 40 N. Center St., Ste. 200, Mesa, AZ 85201, tel. 480-464-1111, fax 480-464-5692. Court approval of the disclosure statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in class three under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Kelly G. Black, 40 N. Center St., Ste. 200, Mesa, AZ 85201 on or before November 11, 2010, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.**

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, holder of a Class Three claim against the Debtor in the unpaid amount of $_____,

(Check one box only)

[ ] ACCEPTS THE PLAN [ ] REJECTS THE PLAN

Dated: _____

Print or type name: _____

Signature: _____

Title (if corporation or partnership) _____

Address: _____

_____

RETURN THIS BALLOT TO:

Kelly G. Black
40 N. Center St., Ste. 200
Mesa, AZ 85201

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

In re:

MARSH AVIATION COMPANY,

_____ Debtors.

Chapter 11 Proceedings

Case No.: 2:09-BK-23468-CGC

## CLASS FOUR BALLOT FOR ACCEPTING OR REJECTING
## PLAN OF REORGANIZATION

Marsh Aviation Company, Debtors and Plan Proponents, filed a plan of reorganization dated June 15, 2010 (the "Plan") for the Debtor in this case. The Court has approved a disclosure statement with respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from Kelly G. Black, 40 N. Center St., Ste. 200, Mesa, AZ 85201, tel. 480-464-1111, fax 480-464-5692. Court approval of the disclosure statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in class four under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Kelly G. Black, 40 N. Center St., Ste. 200, Mesa, AZ 85201 on or before November 11, 2010, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.**

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, holder of a Class Four claim against the Debtor in the unpaid amount of $_____,

(Check one box only)

[ ] ACCEPTS THE PLAN [ ] REJECTS THE PLAN

Dated: _____

Print or type name: _____

Signature: _____

Title (if corporation or partnership) _____

Address: _____

_____

RETURN THIS BALLOT TO:

Kelly G. Black
40 N. Center St., Ste. 200
Mesa, AZ 85201

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 Proceedings |
| MARSH AVIATION COMPANY, | Case No.: 2:09-BK-23468-CGC |
| Debtors. | |

## CLASS FIVE BALLOT FOR ACCEPTING OR REJECTING
## PLAN OF REORGANIZATION

Marsh Aviation Company, Debtors and Plan Proponents, filed a plan of reorganization dated June 15, 2010 (the "Plan") for the Debtor in this case. The Court has approved a disclosure statement with respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from Kelly G. Black, 40 N. Center St., Ste. 200, Mesa, AZ 85201, tel. 480-464-1111, fax 480-464-5692. Court approval of the disclosure statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in class five under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Kelly G. Black, 40 N. Center St., Ste. 200, Mesa, AZ 85201 on or before November 11, 2010, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.**

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, holder of a Class Five claim against the Debtor in the unpaid amount of $_____,

(Check one box only)

[ ] ACCEPTS THE PLAN [ ] REJECTS THE PLAN

Dated: _____

Print or type name: _____

Signature: _____

Title (if corporation or partnership) _____

Address: _____

_____

RETURN THIS BALLOT TO:

Kelly G. Black
40 N. Center St., Ste. 200
Mesa, AZ 85201

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

In re:

MARSH AVIATION COMPANY,

_____ Debtors.

Chapter 11 Proceedings

Case No.: 2:09-BK-23468-CGC

### CLASS SIX BALLOT FOR ACCEPTING OR REJECTING
### PLAN OF REORGANIZATION

Marsh Aviation Company, Debtors and Plan Proponents, filed a plan of reorganization dated  June 15, 2010 (the "Plan") for the Debtor in this case. The Court has approved a disclosure statement with respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from Kelly G. Black, 40 N. Center St., Ste. 200, Mesa, AZ 85201, tel. 480-464-1111, fax 480-464-5692.  Court approval of the disclosure statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in class six under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Kelly G. Black, 40 N. Center St., Ste. 200, Mesa, AZ 85201 on or before November 11, 2010, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.**

### ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, holder of a Class Six claim against the Debtor in the unpaid amount of $_____,

(Check one box only)

[ ] ACCEPTS THE PLAN [ ] REJECTS THE PLAN

Dated: _____

Print or type name: _____

Signature: _____

Title (if corporation or partnership) _____

Address: _____
_____

RETURN THIS BALLOT TO:

Kelly G. Black
40 N. Center St., Ste. 200
Mesa, AZ 85201

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

In re:

MARSH AVIATION COMPANY,

Debtors.

Chapter 11 Proceedings

Case No.: 2:09-BK-23468-CGC

## CLASS SEVEN BALLOT FOR ACCEPTING OR REJECTING
## PLAN OF REORGANIZATION

Marsh Aviation Company, Debtors and Plan Proponents, filed a plan of reorganization dated June 15, 2010 (the "Plan") for the Debtor in this case. The Court has approved a disclosure statement with respect to the Plan (the "Disclosure Statement"). The Disclosure Statement provides information to assist you in deciding how to vote your ballot. If you do not have a Disclosure Statement, you may obtain a copy from Kelly G. Black, 40 N. Center St., Ste. 200, Mesa, AZ 85201, tel. 480-464-1111, fax 480-464-5692.  Court approval of the disclosure statement does not indicate approval of the Plan by the Court.

**You should review the Disclosure Statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in class seven under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.**

**If your ballot is not received by Kelly G. Black, 40 N. Center St., Ste. 200, Mesa, AZ 85201 on or before November 11, 2010, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.**

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, holder of a Class Seven claim against the Debtor in the unpaid amount of $_____$,

(Check one box only)

[ ] ACCEPTS THE PLAN [ ] REJECTS THE PLAN

Dated: _____

Print or type name: _____

Signature: _____

Title (if corporation or partnership) _____

Address: _____
_____

RETURN THIS BALLOT TO:

Kelly G. Black
40 N. Center St., Ste. 200
Mesa, AZ 85201

**Exhibit E**

# Bankruptcy Mailing Service.com

9155A E. Broadway

Tucson, AZ  85710

(520) 885-2961

# CERTIFICATE OF SERVICE

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

ATTORNEY NAME:     Kelly G. Black
ADDRESS:          40 North Center Street, Suite 200
                  Mesa, Arizona 85201
PHONE NUMBER:     (480) 464-1111

**CASE NO.:**       **2:09-bk-23468-CGC**

**DEBTOR:**         **Marsh Aviation Company C1 and C6**

Date Received:     10/18/2010
Time Received:     5:15 PM
Total Creditors:   **11**

The undersigned certifies that on Tuesday, October 19, 2010 at 10:44:21 AM, I served by prepaid first class mail a copy of:

**CLASS ONE BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION**

**CLASS SIX BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION**

**DISCLOSURE STATEMENT PLAN DATED: October 14, 2010**

in accordance with FED. R. BANKR. P. 2002 and 11 U.S.C. § 342(c) (if applicable) on parties in interest contained on the attached list,  for this case, obtained on Tuesday, October 19, 2010, and, if applicable, other interested parties: via first class United States Mail, postage prepaid, with sufficient postage thereon, to the parties listed on the **Attached List** (**11** Parties) matrix, provided by Debtor's Counsel, as attached and incorporated hereto and herein.

Additionally, the undersigned certifies that on Tuesday, October 19, 2010 at 10:44:24 PM, I served by prepaid first class mail a copy of:

**CLASS TWO BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION**

**CLASS SIX BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION**

**DISCLOSURE STATEMENT PLAN DATED: October 14, 2010**

in accordance with FED. R. BANKR. P. 2002 and 11 U.S.C. § 342(c) (if applicable) on parties in interest contained on the attached list, for this case, obtained on Tuesday, October 19, 2010, and, if applicable, other interested parties: via first class United States Mail, postage prepaid, with sufficient postage thereon, to the parties listed on the **Attached List** (**1** Party) matrix, provided by Debtor's Counsel, as attached and incorporated hereto and herein.

Additionally, the undersigned certifies that on Tuesday, October 19, 2010 at 10:52:33 PM, I served by prepaid first class mail a copy of:

**CLASS THREE BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION**

**CLASS ONE BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION**

**CLASS SIX BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION**

**DISCLOSURE STATEMENT PLAN DATED: October 14, 2010**

in accordance with FED. R. BANKR. P. 2002 and 11 U.S.C. § 342(c) (if applicable) on parties in interest contained on the attached list, for this case, obtained on Tuesday, October 19, 2010, and, if applicable, other interested parties: via first class United States Mail, postage prepaid, with sufficient postage thereon, to the parties listed on the **Attached List** (**1** Party) matrix, provided by Debtor's Counsel, as attached and incorporated hereto and herein.

Additionally, the undersigned certifies that on Tuesday, October 19, 2010 at 10:55:11 PM, I served by prepaid first class mail a copy of:

**CLASS FOUR BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION**

**CLASS SIX BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION**

**CLASS SEVEN BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION**

**DISCLOSURE STATEMENT PLAN DATED: October 14, 2010**

in accordance with FED. R. BANKR. P. 2002 and 11 U.S.C. § 342(c) (if applicable) on parties in interest contained on the attached list, for this case, obtained on Tuesday, October 19, 2010, and, if applicable, other interested parties: via first class United States Mail, postage prepaid, with sufficient postage thereon, to the parties listed on the **Attached List** (**1** Party) matrix, provided by Debtor's Counsel, as attached and incorporated hereto and herein.

Additionally, the undersigned certifies that on Tuesday, October 19, 2010 at 11:01:32 PM, I served by prepaid first class mail a copy of:

**CLASS FIVE BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION**

**CLASS SIX BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION**

**DISCLOSURE STATEMENT PLAN DATED: October 14, 2010**

in accordance with FED. R. BANKR. P. 2002 and 11 U.S.C. § 342(c) (if applicable) on parties in interest contained on the attached list, for this case, obtained on Tuesday, October 19, 2010, and, if applicable, other interested partiesr: via first class United States Mail, postage prepaid, with sufficient postage thereon, to the parties listed on the **Attached List** (**2** Parties) matrix, provided by Debtor's Counsel, as attached and incorporated hereto and herein.

Additionally, the undersigned certifies that on Tuesday, October 19, 2010 at 11:03:35 PM, I served by prepaid first class mail a copy of:

**CLASS SIX BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION**

**DISCLOSURE STATEMENT PLAN DATED: October 14, 2010**

in accordance with FED. R. BANKR. P. 2002 and 11 U.S.C. § 342(c) (if applicable) on parties in interest contained on the attached list, for this case, obtained on Tuesday, October 19, 2010, and, if applicable, other interested parties: via first class United States Mail, postage prepaid, with sufficient postage thereon, to the parties listed on the **Attached List** (**89** Parties) matrix, provided by Debtor's Counsel, as attached and incorporated hereto and herein.

Additionally, the undersigned certifies that on Tuesday, October 19, 2010 at 11:05:27 PM, I served by prepaid first class mail a copy of:

**CLASS SEVEN BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION**

**DISCLOSURE STATEMENT PLAN DATED: October 14, 2010**

in accordance with FED. R. BANKR. P. 2002 and 11 U.S.C. § 342(c) (if applicable) on parties in interest contained

on the attached list, for this case, obtained on Tuesday, October 19, 2010, and, if applicable, other interested parties: via first class United States Mail, postage prepaid, with sufficient postage thereon, to the parties listed on the **Attached List** (**3** Parties) matrix, provided by Debtor's Counsel, as attached and incorporated hereto and herein.

I, Richard Jump, declare under penalty of perjury that I have served the above referenced document(s) on the above listed entities in the manner shown and prepared this Certificate of Service and that it is true and correct to the best of my knowledge, information and belief.

Richard Jump
Bankruptcy Mailing Service.com for
Kelly G. Black

Beverly Roberson
7102 East Indigo Street
Mesa, Arizona 85207-2810

Darrell Floate
9708 East Frito Avenue
Mesa, AZ 85208-3128

Paula Lilford
539 North 63rd Place
Mesa, AZ 85205-7571

Tram Luu
4256 East Michelle Avenue
Higley, AZ 85236-0116

Jeffrey Jensen
6318 East Hannibal Street
Mesa, AZ 85205-4541

John Clancy
5659 East Duncan Street
Mesa, AZ 85205-2810

Thomas Gigax
17020 East Salida Drive
Fountain Hills, AZ 85268

B. Kuipers
P.O. Box 80781
Phoenix, AZ 85060-0781

Benno. Kuipers
P.O. Box 80781
Phoenix, AZ 85060-0781

William G. Walker DBA Flightcor
PO Box 8414
Scottsdale, AZ 85252

William G. Walker DBA Flightcor
c/o James F. Kahn, P.C.
301 East Bethany Home Road, Suite C-195
Phoenix, AZ 85012

Craig Ford
801 West Victory Way
P.O. Box 97
Craig CO 81626-0097

2-09-BK-23468-CGC Marsh Aviation Co 10-18-2010 Provided Mail List (C3, C1 and C6 1 Party)

Edward Allen
3847 North Desert Oasis Circle
Mesa, AZ 85207

Floyd D. Stilwell
4043 East Rancho Drive
Phoenix, AZ 85018

Atwood Enterprises Incorporated Liquidation Trust
Bruce T. Atwood
Co-Trustee
P.O. Box 7327
Rockford, IL 61126-7327


Jeffrey M. Schwartz
Drinker Biddle & Reath L.L.P.
191 North Wacker Dr., Suite 3700
Chicago, IL 60610

A.L.F. Enterprises, Inc.
9211 North 9th Avenue
Phoenix, AZ 85021

ABS Metallurgicl, Inc.
4313 East Magnolia
Phoenix, AZ 85034

AC Tech Southwest
10489 Commerce Row
Montgomery, TX 77356

Alex Rodriguez
457 North 104th Place
Mesa, AZ 85207

AMC/Radio HWD, Inc.
457 East Grand Street, Suite 3
Escondido, CA 92025

Amer High Performance
PGH Intl Industrial
408 High Tech Drive
Oakdale, PA 15071

America Certified Electric
2742 West Ironwood Drive
Chandler, AZ 85224

Chase Bank
PO Box 94014
Palatine, IL 60094

Citibank (S Dakota) N.A.
P.O. Box 6125
Sioux Falls, SD 57117

Costco-HSBC
P.O. Box 4160
Carol Stream, IL 60197

Dell
P.O. Box 689020
Des Moines, IA 50368

Discount PKG
Arizona Business Park
1620 West Fountainhead Pkwy
Tempe, AZ 85282

Page 1

Electro Enterprises
3601 North 1-35
P.O. Box 11456
Oklahoma City, OK 73136


Fed-Ex
P.O. Box 7221
Pasadena, CA 91109


Fred Ruppert
423 Monterosa NW
Phoenix, AZ 85013


Goodrich De-Icing
P.O. Box 71488
Chicago, IL 60694


Herber A/C Service Inc.
1401 East Franklin Avenue
El Segundo, CA 90245


IEC Supply, LLC
1455 est 12th Place
Tempe, AZ 85281


International Air Parts
c/o RMS Collections
305 Fellowship RE #100
Mount Laurel, NJ 08054


JCH Wire & Cable
4527 Losee Road
North Las Vegas, NV 89081


Leland Dean
P.O,. Box 1102
Mesa, AZ 85211


Liu Engineering
2130 East La Vieue Lane
Tempe, AZ 85284


Louie's Black Oxide
2008 West Jackson Street
Phoenix, AZ 85009


M&M Aerospace
10000 NW 15th Terrace
Miami, FL 33172

Metron Technology
P.O. Box 59007
Dallas, TX 75229


Paramount Panels, Inc.
c/o Morgan Stone Associates
1005 Vets Memorial HI 202
Kenner, LA 70062


Pre-Paid Legal Services
P.O. Box 2629
Ada, OK 74821


Protective Armor Vericore
c/o Hammerman & Hultgren P.C.
3101 North Central Ave., #500
Phoenix, AZ 85012


Qwest
P.O. Box 85169
Louisville, KY 40285


R.S. Huges
P.O. Box 21810
Phoenix, AZ 85036


Roanoke Trade
Lone Beach Dept. 8772
Los Angeles, CA 90088


S.S. White Technologies
151 Old New Brunswick Road
Piscataway, NY 08854


Shaw Aero Devices, Inc.
c/o Parker Hannifin
15234 Collections Center
Chicago, IL 60693


Southwest Rigging
2802 West Palm Lane
Phoenix, AZ 85009


Staples Credit Plan
P.O. Box 689020
Des Moines, IA 50368


Technical Controls
P.O. Box 49054
San Jose, CA 95161

Telephone Warehouse
20827 North Cave Creed Road #105
Phoenix, AZ 85024


Tennessee A/C Co, Inc.
5005 Market Place
Mount Juliet, TN 37122


Transtar Metals Corp
P.O. 51920 Unit E
Los Angeles, CA 90051


Turbine Weld
402 Substation Road
Venice, FL 34292


Tyco Electonics Corp
P.O. Box 100985
Atlanta, GA 30384


UMPCO
7100 Lampson Avenue
P.O Box 5158
Garden Grove, CA 92846


Unison A/C Parts
c/o D&S, Ltd.
13809 Research Blvd., #800
Austin, TX 78750


United Parcel Service
P.O. Box 894820
Los Angeles, CA 90189


US Technical Consultants
2461 East Orange Thorpe Avenue, #105
Fullerton, CA 92831


Vanseal Corp B 213
Attn: A/R
815 Payne Drive
Vandalia, IL 62471


Western Aviation, Inc.
1611 Windsor Park Drive, Suite 101
Houston, TX 77094


William Walker
10103 North 106th Place
Scottsdale, AZ 85258

Woodward Govenor
1 Woodward Way
P.O. Box 405
Rockton, IL 61072


Zero MFG
500 West 200 North
North Salt Lake, UT 84054


Precise Metal Products
Precise Metal Spinning
P.O. Box 14089
Phoenix, AZ 85063-4089


Darrel L. Noland
3022 East Alpine Drive
Bellingham, WA 98226-4266


M-DOT Aerospace
3418 South 48th Street, Suite 3
Phoenix, AZ 85040


HARTZELL PROPELLER, INC.
ONE PROPELLER PLACE
PIQUA, OH 45356


Colby & Powell, P.C.
1535 West Harvard Ave., #101
Gilbert, AZ 85233-3054


Larry Adams
c/o Mark A. Tucker, Attorney at Law
2650 E. Southern Avenue
Mesa, AZ 85204


Larry Adams
7443 East Norwood Street
Mesa, AZ 85207


Wallace Herbert
5060 E. Falcon Dr.
Mesa, AZ 85215-2546


Wallace Herbert
c/o Mark A. Tucker, Attorney at Law
2650 E. Southern Avenue
Mesa, AZ 85204


Wallace Herbert
5515 East Adobe
Mesa, AZ 85205

John Mckown
654 North 97th Street
Mesa, AZ 85207


John Mckown
c/o Mark A. Tucker, Attorney at Law
2650 E. Southern Avenue
Mesa, AZ 85204


Don McDowell
c./o Mark A. Tucker, Attorney at Law
2650 E. Southern Ave.
Mesa, AZ 85204


Donald McDowell
6366 West Heritage Way
Florence, AZ 85232


Spectrum
P.O. Box 470
Milford, CT 06460


Check Six Consultants
10722 East Greenway Road
Scottsdale, AZ 85255-1811


Diamond J
2020 West Harry
Wichita, KS 67213-3256


Aviall
Campbell Hightower
4645 South Lakeshore Dr., #1
Tempe, AZ 85282


Aviall
P.O. Box 619048
Dallas, TX 75261-9048


Southwest Industrial Rigging
2802 W. Palm Lane
Phoenix, AZ 85009


Industrial Electric Wire & Cable, Inc.
Box 510908
New Berlin, WI 53151-0908


Industrial Electrical Wire
P.O. Box 510908
5001 South Towne Drive
New Berlin, WI 53151

Goodrich Corporation
c/o Jim Maxwell
Royal Mercantile Trust
Ten Central Parkway Ste 200
Stuart, FL 34994


Goodrich Corp 89040
Royal Mercantile Trust
10 Central Pkwy, #200
Stuart, FL 34994


Thunder Airmotives, Inc.
1817 East Avenue Q Unit C 15
Palmdale, CA 93550-3955


Glen Madland
12646 North Via Del Sol
Fountain Hills, AZ 85268


Greenberg Traurig, LLP
c/o Kami M. Hoskins, Esq.
2375 E. Camelback Rd., Ste 700
Phoenix, AZ 85016


Greenburg Traurig LLP
2375 Camelback Road, Suite 700
Phoenix, AZ 85016


Greenburg Traurig, LLP
800 Connecticut Avenue NW
Washington, DC 20006


Aircraft Windshield Company
10871 Kyle Street
Los Alamitos, CA 90720


A/C Windshield Company
10871 Kyle Street
Los Alamitos, CA 90720


Parker Hannifin/Air&Fuel Division
6035 Parkland Blvd
Cleveland OH 44124


General Electric Capital Corp
1010 Thomas Edison Blvd SW
Cedar Rapids, IA 52404


GE Capital
PO Box 3083

2-09-BK-23468-CGC Marsh Aviation Co 10-18-2010 Provided Mail List (C6 89 Parties)
Cedar Rapids, IA 52406


Honeywell International, Inc.
1140 W. Warner Road 1233-M
Tempe, AZ 85284-2816


Honeywell
1944 East Sky Harbor Circle
Mesa, AZ 85215


Honeywell Sensotec
Attn: Lori Beetler
1140 Wesdt Warner Rd. MS1233M
Tempe, AZ 85284-2816


Derek Gwee
10558 Eastern Shore Blvd, Apt. 1723
Spanish Fort, AL 36527


Derek Gwee
1050 S. Longmore, Apt. 60
Mesa, 85202

Elizabeth Anne Kleefisch
6626 Dupper Drive
Dallas, TX 75252


Thomas Kleefisch
6626 Dupper Drive
Dallas, TX 75252


Ed Allen
3847 North Desert Oasis Circle
Mesa, AZ 85207

# Exhibit F

| | |
|---|---|
| **From:** | Kelly Black |
| **Sent:** | Thursday, May 05, 2011 5:38 PM |
| **To:** | 'balbue@shermanhoward.com'; 'efiling@shermanhoward.com'; 'ric.j.cuellar@usdoj.gov'; 'coleen.craig@usdoj.gov'; 'connie.s.hoover@usdoj.gov'; 'mark.tucker@azbar.org' |
| **Subject:** | Marsh Aviation Company / Chapter 11: Notice of Continued Hearing on Plan Confirmation ... |
| **Attachments:** | March Notice.pdf; 386068-signed[1].pdf |

I attach a Notice of Continued Hearing on Plan Confirmation and the order signed today.

Kelly G. Black
Jackson White, PC
40 N. Center St., Ste. 200
Mesa, AZ 85201
kblack@jacksonwhitelaw.com
(480) 467-4319 direct
(480) 467-4219 direct fax

We are a Debt Relief Agency. We help people file for bankruptcy relief under the Bankruptcy Code. The services, benefits, or assistance we provide in connection with consumer debts may involve bankruptcy relief under the Bankruptcy Code.