IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

In re: ) CASE NO. B- 2:09-bk-23468-PHX-CGC
)
Marsh Aviation Co ) CH. 11 POST CONFIRMATION REPORT
)
) ✓ QUARTERLY ____ FINAL
)   (PLEASE CHECK)
) QUARTER ENDING: Sept 2012
)
Debtor(s) ) DATE PLAN CONFIRMED: 6/2011

## SUMMARY OF DISBURSEMENTS:

A. Disbursements made under the plan, for current quarter:    $ _____

B. Disbursements not under the plan, for current quarter:     $ 94,585.08

                                     Total Disbursements      $ 94,585.08

ALL DISBURSEMENTS MADE BY THE REORGANIZED DEBTOR, BE THEY UNDER THE PLAN OR OTHERWISE, MUST BE ACCOUNTED FOR AND REPORTED HEREIN FOR THE PURPOSE OF CALCULATING THE QUARTERLY FEES.

PLEASE ANSWER THE FOLLOWING:

1. What are your projections as to your ability to comply with the terms of the plan?

   _____

   _____

2. Please describe any factors which may materially affect your ability to obtain a final decree.

   _____

   _____

3. If plan payments have not yet begun, please indicate the date that the first plan payment is due.

   6/2013

## SUMMARY OF AMOUNTS DISTRIBUTED UNDER THE PLAN:

|  | Current Quarter | Paid to Date | Balance Due |
|---|---|---|---|
| **A. FEES AND EXPENSES:** | | | |
| 1. Disbursing Agent Compensation | $_____ | $_____ | $_____ |
| 2. Fee for Attorney for Trustee | $_____ | $_____ | $_____ |
| 3. Fee for Attorney for Debtor | $_____ | $_____ | $_____ |
| 4. Other Professionals | $_____ | $_____ | $_____ |
| 5. All Expenses, Including Disbursing Agent's | $_____ | $_____ | $_____ |
| **B. DISTRIBUTIONS:** | | | |
| 6. Secured Creditors | $_____ | $_____ | $_____ |
| 7. Priority Creditors | $_____ | $_____ | $_____ |
| 8. Unsecured Creditors | $_____ | $_____ | $_____ |
| 9. Equity Security Holders | $_____ | $_____ | $_____ |
| 10. Other Payments- Specify Class of Payee | $_____ | $_____ | $_____ |
| _____ | $_____ | $_____ | $_____ |
| _____ | $_____ | $_____ | $_____ |
| **TOTAL PLAN DISBURSEMENTS** | $_____ | $_____ | $_____ |

(Report Sum of Lines 1 - 10, *current quarter column*, on page 1, A.)

C. Percent Dividend to be Paid to Unsecured Creditors Under Plan  _____ %

## SUMMARY OF PROPERTY TRANSFERRED UNDER THE PLAN:

|  | Description of Property |
|---|---|
| Secured Creditors | _____ |
| Priority Creditors | _____ |
| Unsecured Creditors | _____ |
| Equity Security Holders | _____ |

Other Transfers- Specify class of Transferee

_____    _____

_____    _____

2

Case 2:09-bk-23468-DPC    Doc 170    Filed 01/21/13    Entered 01/21/13 10:28:23    Desc
Main Document    Page 2 of 3

## CONSUMMATION OF PLAN:

If this is a final report, has an application for Final Decree been submitted?

_____ Yes  Date application was submitted?

_____ No   Date when application will be submitted

Estimated Date of Final Payment Under Plan _____

I CERTIFY UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

SIGNED: _Anne Kleefisch_     DATE: 10/8/12

_Anne Kleefisch_
(PRINT NAME)