IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

In re: ) CASE NO. B- 2:09 bk 23468 PHXCGC
MARSH Aviation Co )
5060 E Falcon Dr ) CH. 11 POST CONFIRMATION REPORT
Mesa AZ 85215 )
) ✓ QUARTERLY ___ FINAL
) (PLEASE CHECK)
) QUARTER ENDING: 12/31/12
)
Debtor(s) ) DATE PLAN CONFIRMED: 6/20/11

## SUMMARY OF DISBURSEMENTS:

A. Disbursements made under the plan, for current quarter: $ ___

B. Disbursements not under the plan, for current quarter: $ 331,144.14

Total Disbursements $ 331,144.14

ALL DISBURSEMENTS MADE BY THE REORGANIZED DEBTOR, BE
THEY UNDER THE PLAN OR OTHERWISE, MUST BE ACCOUNTED FOR
AND REPORTED HEREIN FOR THE PURPOSE OF CALCULATING THE
QUARTERLY FEES.

PLEASE ANSWER THE FOLLOWING:

1. What are your projections as to your ability to comply with the terms of the plan?

   GOOD

2. Please describe any factors which may materially affect your ability to obtain a final decree.

   N/A

3. If plan payments have not yet begun, please indicate the date that the first plan payment is due.

   6/20/13

SUMMARY OF AMOUNTS DISTRIBUTED UNDER THE PLAN:

|  | Current Quarter | Paid to Date | Balance Due |
|---|---|---|---|
| A. FEES AND EXPENSES: | | | |
| 1. Disbursing Agent Compensation | $ | $ | $ |
| 2. Fee for Attorney for Trustee | $ | $ | $ |
| 3. Fee for Attorney for Debtor | $ | $ | $ |
| 4. Other Professionals | $ | $ | $ |
| 5. All Expenses, Including Disbursing Agent's | $ | $ | $ |
| B. DISTRIBUTIONS: | | | |
| 6. Secured Creditors | $ | $ | $ |
| 7. Priority Creditors | $ | $ | $ |
| 8. Unsecured Creditors | $ | $ | $ |
| 9. Equity Security Holders | $ | $ | $ |
| 10. Other Payments- Specify Class of Payee | $ | $ | $ |
| _____ | $ | $ | $ |
| _____ | $ | $ | $ |
| TOTAL PLAN DISBURSEMENTS | $ | $ | $ |

(Report Sum of Lines 1 - 10, *current quarter column*, on page 1, A.)

C. Percent Dividend to be Paid to Unsecured Creditors Under Plan  _____ %

SUMMARY OF PROPERTY TRANSFERRED UNDER THE PLAN:

Description of Property

Secured Creditors  _____

Priority Creditors  _____

Unsecured Creditors  _____

Equity Security Holders  _____

Other Transfers- Specify class of Transferee

_____    _____

_____    _____

2

Case 2:09-bk-23468-DPC    Doc 171    Filed 01/21/13    Entered 01/21/13 10:30:10    Desc
Main Document    Page 2 of 3

CONSUMMATION OF PLAN:

If this is a final report, has an application for Final Decree been submitted?

_____ Yes Date application was submitted?

_____ No Date when application will be submitted

Estimated Date of Final Payment Under Plan _____

I CERTIFY UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

SIGNED: *Anne Kleefisch*  DATE: 1-9-13

Anne Kleefisch
(PRINT NAME)