The Law Office of
**Kelly G. Black, PLC**
1152 E Greenway St, Ste 4
Mesa, AZ 85203-4360
P 480-639-6719
F 480-639-6819
kgb@kellygblacklaw.com
Attorneys for Marsh Aviation Company
By:    Kelly G Black, No. 016376

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| In re: | Proceedings under Chapter 11 |
|---|---|
| **Marsh Aviation Company** | **2:09-bk-23468-DPC** |
| Debtor. | **Post-Confirmation Operating Report** |
| | ☐ **Quarterly**   ☒ **Final** |
| | Quarter Ending: 6/30/2015 |

**SUMMARY OF DISBURSEMENTS:**

   A.   Disbursements made under the plan, for current quarter:   $ 452,189.51

   B.   Disbursements not under the plan, for current quarter:    $ 378,897.14

                                      Total Disbursements         $ 831,086.65

**ALL DISBURSEMENTS MADE BY THE REORGANIZED DEBTOR, BE THEY UNDER THE PLAN OR OTHERWISE, MUST BE ACCOUNTED FOR AND REPORTED HEREIN FOR THE PURPOSE OF CALCULATING THE QUARTERLY FEES.**

**PLEASE ANSWER THE FOLLOWING:**

   1.   What are your projections as to your ability to comply with the terms of the plan?

Projections of 2015 operating income and creditor payments per the Second Amended Ch 11 Plan of Reorganization approved by the court on 3rd December 2014 have generally been achieved by Marsh during the six months to date. However, as reported in the last quarterly report, the Brazilian Navy has been affected by sweeping cuts to funding of all Government Programs and has proposed significant changes to the milestone payment schedule that supports the financial projections included in the Reorganization Plan. In general, the total amount of the contract has

1 not changed, although the delivery milestones and related payments have been deferred due to
2 lack of funding. We have continued to negotiate for additional funding availability in 2015 and
3 2016, and the Navy has agreed to pursue additional funding to keep the project progressing, but
4 there is no assurance that additional funds will be available. We will not know until late in 2015 if
5 such funding will be made available, or if Marsh will need to defer its payment schedule to match
6 available revenues.

7     2.     Please describe any factors that may materially affect your ability to obtain a final
8 decree.

9     None not discussed above.

10     3.     If plan payments have not yet begun, please indicate the date that the first plan
11 payment is due.

12     N/A

**SUMMARY OF AMOUNTS DISTRIBUTED UNDER THE PLAN:**

| | Current Quarter | Paid to Date | Balance Due |
|---|---|---|---|
| **A. FEES AND EXPENSES:** | | | |
| 1. Disbursing Agent Compensation | 0 | 0 | 0 |
| 2. Fee for Attorney for Trustee | 0 | 0 | 0 |
| 3. Fee for Attorney for Debtor | $21,069.16 | $ 38,018.35 | $114,144.82 |
| 4. Other Professionals | 3,000.00 | 120,975.00 | 161,675.00 |
| 5. All Expenses, Including Disbursing Agent's | 0 | 0 | 0 |
| **B. DISTRIBUTIONS:** | 0 | 0 | 0 |
| 6. Secured Creditors | 105,641.28 | 915,052.68 | 3,969,054.02 |
| 7. Priority Creditors | 11,487.75 | 55,541.25 | 539,523.17 |
| 8. Unsecured Creditors | 0 | 0 | 0 |
| 9. Equity Security Holders | 0 | 0 | 0 |
| 10. Other Payments—Specify Class of Payee | 261,438.93 | 261,438.93 | 667,831.59 |
| | 49,552.39 | 390,757.39 | 557,837.24 |
| | 0 | 0 | 0 |
| **TOTAL PLAN DISBURSEMENTS** | $452,189.51 | 1,781,783.60 | $7,453,391.5 |

**C. PERCENT** dividend to be paid to unsecured creditors under plan

**SUMMARY OF PROPERTY TRANSFERRED UNDER THE PLAN:**

                                                    Description of Property

Secured Creditors
Priority Creditors                                NONE
Unsecured Creditors
Equity Security Holders
Other Transfers—Specify Class of Transferee

**CONSUMMATION OF PLAN:**

If this is a final report, has an application for Final Decree been submitted?

☒ Yes     Date application was submitted?     6/28/2015

☐ No     Date application will be submitted?

Estimated Date of Final Payment Under the Plan:     December 2018

**I CERTIFY UNDER PENALTY OF PERJURY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.**

EXECUTED this 7th day of August, 2015.

MARSH AVIATION COMPANY

*/s/ C. P. Stanford, Jr.*
C. P. Stanford, Jr.
President and COO

00001-001\Notice of Appearance.docx