SO ORDERED.

Dated: October 4, 2018

*Daniel P. Collins*

Daniel P. Collins, Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| In re: | | Chapter 11 Proceedings |
|---|---|---|
| Marsh Aviation Company | X | Case No.: 2:09-bk-23468-DPC |
| Debtor | | **Order Approving Compromise Agreement and Proposed Distribution and Closing Bankruptcy Case** |

The Court having considered the (1) Motion to Approve Compromise Agreement and Proposed Distribution and (2) Motion to Close Bankruptcy Case (Doc 281), together with any supporting and opposing memoranda, declarations and arguments, and for good cause shown,

IT IS ORDERED approving the compromise agreement between Marsh Aviation Company and Hardy Aviation Insurance Incorporated, approving the distribution proposed in the Motion, and closing this bankruptcy case.

SIGNED AND DATED ABOVE.

6928